UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
File No.: 5:16-CT-3301-FL

| | |
|---|---|
| RODNEY A. KOON,<br>        Plaintiff,<br><br>v.<br><br>STATE OF NORTH CAROLINA and<br>BRYAN K. WELLS,<br>        Defendants. | **MOTION FOR<br>SUMMARY JUDGMENT** |

NOW COME Defendants State of North Carolina and Bryan K. Wells (collectively, hereinafter "Defendants"), by and through undersigned counsel, pursuant to Rule 56 of the Federal Rules of Civil Procedure, and hereby move for summary judgment as there exists no genuine issues of material fact which support Plaintiff's claims of alleged violations of his constitutional rights by Defendants. In support of this motion, Defendants rely upon the pleadings filed in this case as well as the supporting materials filed herewith, including a Memorandum in Support of this Motion, which includes Declarations and exhibits.

1

Respectfully submitted this the 15th day of May, 2020.

                                          JOSHUA H. STEIN
                                          Attorney General

                                          /s/ Alex R. Williams
                                          Alex R. Williams (N.C.S.B. No. 41679)
                                          Assistant Attorney General
                                          N.C. Department of Justice
                                          Public Safety Section
                                          P.O. Box 629
                                          Raleigh, North Carolina 27699-9001
                                          Telephone: 919-716-6528
                                          Facsimile: 919-716-6761
                                          awilliams@ncdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system and served the foregoing document on all non-CM/ECF participant(s) by depositing a copy in the U.S. Mail, postage prepaid, addressed as follows:

    Rodney A. Koon
    Inmate No. 0229602
    PO Box 460
    Badin, NC 28009

This the 15th day of May, 2020.

                                    /s/ Alex R. Williams
                                    Alex R. Williams
                                    Assistant Attorney General